No. 69806.—The Graber Co. and Rohner, Gehrig & Co., Inc., et al. *v.* United States, protests 59/31101, etc. (New York).

Opinion by Rao, C.J.   In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.

No. 69807.—National Carloading Corp. et al. *v.* United States protests 58/17967–10121, etc. (Chicago).

Opinion by Rao, C.J.   In accordance with stipulation of counsel that the merchandise consists of fruit knives similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), the claim of the plaintiffs was sustained.